**IN THE UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF MICHIGAN**

---

| | | |
|---|---|---|
| BOOST WORLDWIDE, INC., | : | Case No. _____ |
| | : | |
| Plaintiff, | : | |
| | : | |
| v. | : | **RULE 7.1 DISCLOSURE STATEMENT** |
| | : | |
| LINK COMMUNICATIONS, | : | |
| | : | |
| Defendant. | : | |

---

Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure, Plaintiff Boost Worldwide, Inc. ("Boost"), through its undersigned counsel, hereby states that Nextel Boost Investment, Inc. is the 100% owner of Boost.

Respectfully submitted,

Dated: May 2, 2011

By: /s/ *William Farah*
William Farah, Esq.
WILLIAM FARAH PLLC
214 S. Main St., Suite 203
Ann Arbor, MI 48104
(734) 926-8323

-and-

Marc D. Youngelson, Esq.
COSNER YOUNGELSON
197 Highway 18 South, Suite 308
East Brunswick, NJ 08816
(732) 937-8000

*Attorneys for Plaintiff Boost*