UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN

Boost Worldwide, Inc.,

Plaintiff(s),     Case No. 11-CV-11923

v.     Judge Bernard A. Friedman

Link Communications     Magistrate Judge

Defendant(s).

**REPORT ON THE FILING OR DETERMINATION OF AN ACTION REGARDING A PATENT OR TRADEMARK**

In Compliance with 35 U.S.C. § 290 and/or 15 U.S.C. § 1116 you are hereby advised that a court action has been filed in the U.S. District Court, Eastern District of Michigan, on the following ___ Patents or X Trademarks

| # | PATENT OR TRADEMARK NO. | DATE OF PATENT OR TRADEMARK | HOLDER OF PATENT OR TRADEMARK |
|---|---|---|---|
| 1 | 2,952,818 | 05/17/2005 | Boost |
| 2 | 3,163,288 | 10/24/2006 | Boost |
| 3 | 3,254,019 | 06/19/2007 | Boost |
| 4 | 2,936,743 | 03/29/2005 | Boost |
| 5 | | | |
| 6 | | | |
| 7 | | | |
| 8 | | | |
| 9 | | | |
| 10 | | | |

To list additional patent/trademark numbers, please attach another page with the number, date and holder.

Date: May 3, 2010

/s/ William Farah
Signature

P-73296
Bar No.

214 S. Main St., Suite 203
Street Address

Ann Arbor, Michigan 48104
City, State, Zip Code

(734)-926-8323
Telephone Number

wf@williamfarahlaw.com
Primary Email Address